# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3950
_____

COREY BOWICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

March 21, 2019


PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Corey Bowick, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.